UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:24-cr-00008-JRS-CMM |
| | ) | |
| NICHOLAS WHEELER, | ) | -01 |
| | ) | |
| Defendant. | ) | |

## Order

Based on the information in the Psychological Evaluation, (ECF No. 36), to which no Party has any objection; the Court's colloquy with Defendant at the Competency Hearing (ECF No. 41); and defense counsel's argument, the Court finds by a preponderance of the evidence that Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. *See* 18 U.S.C. § 4241(d). Therefore, under 18 U.S.C. § 4241, the Court **orders** that Defendant be committed to the custody of the Attorney General for hospitalization for treatment in a suitable facility:

    (1) for such reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future [Defendant] will attain the capacity to permit the proceedings to go forward; and

    (2) for an additional reasonable period of time until—

        (A) his mental condition is so improved that trial may proceed, if the court finds that there is a substantial probability that within such additional

>> period of time he will attain the capacity to permit the proceedings to go forward; or
>
>> (B) the pending charges against him are disposed of according to law;
>
> whichever is earlier.

*Id.* § 4241(d)(1)–(2).

If a psychiatric or psychological examination of Defendant is conducted while Defendant is in the custody of the Attorney General, then a report **shall be filed** with the Court under seal under 18 U.S.C. § 4247(b) and (c) and made available to Defendant and the Government.

It is further **ordered** that the U.S. Marshal Service transport Defendant to and from the facility.

The period of delay resulting from the fact that Defendant is mentally incompetent to stand trial is deemed excludable under the Speedy Trial Act under 18 U.S.C. §3161(h)(4).

**SO ORDERED.**

Date: 3/6/2025

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

U.S. Marshal

Joseph Martin Cleary
INDIANA FEDERAL COMMUNITY DEFENDERS
joe_cleary@fd.org

Jordan Oliver
DOJ-USAO
jordan.oliver@usdoj.gov