

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Medical Center*
*P. O. Box 1600*
*Butner, North Carolina 27509*

June 18, 2025

The Honorable James R. Sweeney II
U.S. District Court
Clerk's Office, Room 105
46 East Ohio Street
Indianapolis, IN 46204

RE: WHEELER, Nicholas
Register Number: 06327-511
Docket Number: 2:24-cr-00008-JRS-CMM

Dear Judge Sweeney:

    The above-referenced individual was admitted to the Mental Health Unit of FMC-Butner on June 18, 2025, pursuant to the provisions of Title 18, United States Code, Section 4241(d).

    Currently, the assigned Treatment Team members are conducting interviews and psychological testing, which are necessary to complete his evaluation. We have calculated the evaluation period to end October 15, 2025. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 **working days** of the end date.

    Please be advised we have limited PACER access and therefore request **ALL** relevant court orders be emailed to s1burroughs@bop.gov to ensure we are compliant with all court directives.

    I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact Ms. Stacey Burroughs, Health Services Assistant, at extension 6030.

Respectfully,

T. Moisant, Acting Warden

cc:    Jordan Oliver/Brendan Sullivan, Assistant United States Attorney
       Joseph Martin Cleary, Defense Attorney