

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Medical Center*
*P. O. Box 1600*
*Butner, North Carolina 27509*

December 29, 2025

The Honorable James R. Sweeney II
U.S. District Court
Clerk's Office, Room 105
46 East Ohio Street
Indianapolis, IN 46204

RE: WHEELER, Nicholas
Register Number: 06327-511
Docket Number: 2:24-cr-00008-JRS-CMM-1

Dear Judge Sweeney:

    On December 22, 2025, our staff became aware of the Court's order, dated November 20, 2025, for an additional evaluation pursuant to the provisions of Title 18, United States Code, Section 4241(d).

    Currently, the assigned Treatment Team members are conducting interviews and psychological testing, which are necessary to complete his evaluation. We have calculated the evaluation period to end March 19, 2026. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 working days of the end date.

    Please be advised that we have limited PACER access and, therefore, request that ALL relevant court orders be emailed to s1burroughs@bop.gov to ensure we are compliant with all court directives.

    I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact Ms. Stacey Burroughs, Health Services Assistant, at extension 6030.

Respectfully,

N. Watkins-Ward, Acting Warden